(May 1, 1958)

■ JANE RICHARD SPORTSWEAR, INC., Respondent, v. JEPCO CORPORATION, Appellant.— Motion granted to the extent of staying that portion of the order appealed from as directed the payment of a fine in the sum of $250 upon condition that the undertaking heretofore filed in said amount be continued and upon the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 15, 1958 with notice of argument for May 27, 1958, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

(May 6, 1958)

■ PESS REALTY CO., INC., et al., v. BENJAMIN FERBER.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

(May 8, 1958)

■ In the Matter of the Accounting of CHASE MANHATTAN BANK, Respondent-Appellant. ANNA B. MACKENZIE, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ MARIA NATAL, an Infant, by Her Guardian ad Litem CARMEN GARCIA, et al., v. ALEX A. ALARID.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ LYDIA ROCHER et al., v. NEW YORK CITY TRANSIT AUTHORITY et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ HERBERT H. SABBETH v. EVELYN L. SABBETH.— Motion for resettlement denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.

■ GEORGE MENDES v. CARISTO CONSTRUCTION CORP. et al. ARTISTIC BRONZE TABLET CO., INC.— Motion to amend the opinion of the court to read that the modification is "upon the law" and not upon the "law and facts" denied. The opinion will, however, be clarified to the extent of adding the words "and against the weight of the evidence" immediately following the language "we would have found the verdict was excessive" in that portion of the opinion dealing with our views on the excessiveness of the verdict. Concur — Botein, P. J., Breitel, Frank, Valente and Stevens, JJ.